### RENNER v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 46, September Term, 1963.]

*Decided October 18, 1963.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

Per Curiam.

Upon the findings of the lower court, the application for leave to appeal is denied.

*Application denied.*